# UNITED STATES DISTRICT COURT

### THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  December 19, 2022 |

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                  Plaintiff

    -against-

Lewis

                Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:22-cr-00686

TO ALL PARTIES:

The Court has scheduled an arraignment on an indictment  for 12/21/2022 at  11:30 am before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Please refer to the Court's website for the latest COVID protocols.

 As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19, which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea, vomiting, congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of taste or smell, and diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those of a mild common cold or allergies. Please err on the side of caution; stay home, and test if you have ANY symptoms.

Dated:  12/19/2022
       White Plains, New York

                        SO ORDERED:

                        s/     PED
                        _____

                        PAUL E. DAVISON
                        United States Magistrate Judge