**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

50 Main Street – Suite 1100
White Plains, New York 10601

January 4, 2023

**By Email**

The Honorable Nelson R. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**The parties' agreed upon request to adjourn the in-person Initial Appearance from Jan. 5, 2023 until Jan. 20, 2023 at 2:30 pm is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 11.**
**Dated: White Plains, NY**
　　　**January 4, 2022**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:　*United States v. Joseph Lewis*, 22 Cr. 0686

Dear Judge Román,

　　The Government respectfully requests a brief adjournment in the above-referenced matter from the currently scheduled appearance date of January 5, 2023, at 12:00 p.m. until January 20, 2023, at 2:30 p.m. The Government also requests an exclusion of time for the same period pursuant to 18 U.S.C. § 3161(h).

　　On January 3, 2023, the undersigned spoke with Nicholas Dayan, counsel for the defendant. Mr. Dayan stated that he has a previously scheduled suppression motion before another court on January 5 that could not be moved. The parties have agreed to a brief adjournment and understand that the Court is available at the above-requested time. In order to ensure that the defense has representation at this and every stage of the proceeding, the Government asserts that the ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　*Kaiya Arroyo*
　　　　　　　　　　　　　　　　　　Kaiya Arroyo
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　(914) 993-1919

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023